ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>COLFIN AI-NV 2, LLC, a Delaware limited liability company; BANK OF AMERICA, NA, a National Banking Association, as successor by merger to BAC HOME LOANS SERVICING, LP; MTC FINANCIAL, INC., a California corporation;  JOHN VIDA, an individual; FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally chartered corporation; ELMER S. CASTRO, an individual; JFK FINANCIAL, INC., a Nevada Corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>　　　　　　　　　　　Defendants. | Case No.    2:15-cv-01394-RCJ-CWH |

## ORDER EXPANDING TIME FOR SERVICE OF PROCESS

## AND GRANTING LEAVE FOR SERVICE OF PROCESS BY PUBLICATION

The Plaintiff herein has presented to this Court a Motion to Expand Time for Service and for Leave to Serve by Publication [Doc. #19].  It appears from said Motion that a Complaint has been filed against Defendants, JOHN VIDA and ELMER S. CASTRO (*the "Defendants"*); that a Summons directed to the Defendants has been issued; that the Defendants are necessary parties to

the instant litigation; and that the Plaintiff has diligently attempted to locate and serve the Defendants with process of the above-referenced Summons and Complaint without success. It further appears that the Defendants are neither infants nor incompetent persons and that said Defendants reside out of the state or have departed from the state, or cannot after due diligence be found within the state, or by concealment seek to avoid the service of summons. Good cause appearing therefor, and pursuant to Fed. R. Civ. P. 4(e)(1) and N.R.C.P. 4(e)(1),

IT IS HEREBY ORDERED that Plaintiff's Motion is hereby GRANTED;

IT IS FURTHER ORDERED that the time allowed for service of process of the Defendants shall be enlarged until and including November 2, 2015;

IT IS FURTHER ORDERED that because the Defendants cannot be found so as to be personally served, they may be served by publication of the Summons at least once a week for four (4) consecutive weeks in the Nevada Legal News or another newspaper of general circulation published in Clark County, Nevada.

IT IS FURTHER ORDERED that because it appears that Defendant Elmer S. Castro resides at an unknown location in Guam, in addition to in-state publication, the Summons shall be published at least once a week for four (4) consecutive weeks in the Guam Daily Post, the Guam Pacific Daily News or another newspaper of general circulation on the island of Guam.

IT IS FURTHER ORDERED that because the residence addresses of the Defendants are not known, Plaintiff shall not be required to attempt to mail the Summons and Complaint to either Defendant via the United States postal service.

DATED this __3rd__ day of September, 2015.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

5904 Buena Tierra