DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Defendants Bank of America, N.A.*
*and Federal Home Loan Mortgage Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>COLFIN AI-NV 2, LLC, a Delaware limited liability company; BANK OF AMERICA, NA, a National Banking Association, as successor by merger to BAC HOME LOANS SERVICING, LP; MTC FINANCIAL, INC., a California corporation; JOHN VIDA, an individual; FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally chartered corporation; ELMER S. CASTRO, an individual; JFK FINANCIAL, INC., a Nevada Corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No. 2:15-cv-01394-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Pursuant to Local Rule 6-2(a) for the United States District Court for the District of Nevada, Plaintiff Las Vegas Development Group, LLC (**Plaintiff**) and Defendants Federal Home Loan Mortgage Corporation (**Freddie Mac**), Bank of America, N.A. (**Bank of America**)[1] hereby stipulate and agree as follows:

---

[1] Defendants John Vida, Elmer S. Castro, and JFK Financial, Inc. have not appeared in this matter.

1

1. On April 20, 2016, Freddie Mac and Bank of America filed a Motion for Summary Judgment. *See* Doc. 85.

2. On June 3, 2016, a Stipulation and Order was entered, which set a June 17, 2016 deadline to oppose the Motion for Summary Judgment and a July 11, 2016 deadline to file a reply in support of the Motion for Summary Judgment. *See* Docs. 96 and 98.

3. On June 17, 2016, Plaintiff filed an Opposition to the Motion for Summary Judgment. *See* Doc. 97.

4. Counsel for Freddie Mac and Bank of America has requested a one week extension of the deadline to file the Reply due to the complexity of the arguments involved and length and scope of Plaintiff's opposition.

5. Freddie Mac and Bank of America shall have an extension until July 18, 2016 to file their Reply.

…
…
…
…
…
…
…
…
…
…
…
…
…
…
…
…

6. This Stipulation is made in good faith and not for purpose of delay.

DATED: July 8, 2016

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN LLP |
|---|---|
| /s/ *Timothy Rhoda*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, NV 89148<br><br>*Attorneys for Plaintiff* | /s/ *William S. Habdas*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendants Federal Home Loan Mortgage Corporation and Bank of America, N.A.* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated:   July 19, 2016.

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572