MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
JOHN M. ORR, ESQ.
Nevada Bar No. 014251
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mbrooks@klnevada.com
jorr@klnevada.com
AND
RICHARD J. REYNOLDS, ESQ.
Nevada Bar No. 11864
**BURKE, WILLIAMS & SORENSEN, LLP**
Email: rreynolds@bwslaw.com
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Telephone: 949-863-3363
Facsimile: 949-863-3350

Attorneys for Defendant
MTC FINANCIAL, INC. dba TRUSTEE CORPS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>COLFIN AI-NV 2, LLC, a Delaware limited liability company; BANK OF AMERICA, NA, a National Banking Association, as successor by merger to BAC HOME LOANS SERVICING, LP; MTC FINANCIAL, INC., a California corporation; JOHN VIDA, an individual; FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally chartered corporation; ELMER S. CASTRO, an individual; JFK FINANCIAL, INC., a Nevada Corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | CASE NO. 2:15-cv-01394-RFB-CWH<br><br>**SUBSTITUTION OF ATTORNEY** |

2801838 (991034-229)                       - 1 -

Defendant MTC FINANCIAL, INC., doing business as TRUSTEE CORPS, hereby substitutes Michael R. Brooks, Esq., and John M. Orr, Esq., of the law firm of KOLESAR & LEATHAM, as its counsel in the above-entitled action, in the place and stead of Neal D. Gidvani, Esq., and Phillip A. Silvestri, Esq., of the law firm of GREENSPOON MARDER, P.A.

DATED this 19 day of January, 2018.

MTC FINANCIAL, INC., doing business as
TRUSTEE CORPS

By: _____

I hereby consent to the substitution of Michael R. Brooks, Esq., and John M. Orr, Esq, of the law firm of KOLESAR & LEATHAM, as its counsel for Defendant MTC FINANCIAL, INC., doing business as TRUSTEE CORPS, in the above-entitled action, in the place and stead of Neal D. Gidvani, Esq., and Phillip A. Silvestri, Esq., of the law firm of GREENSPOON MARDER, P.A.

DATED this 19th day of January, 2018.

GREENSPOON MARDER, P.A.

By _____
NEAL D. GIDVANI, ESQ.
Nevada Bar No. 11382
PHILLIP A. SILVESTRI, ESQ
Nevada Bar No. 11276
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 8169

Attorney for Defendant
MTC FINANCIAL, INC., doing business as
TRUSTEE CORPS

Michael R. Brooks, Esq., and John M. Orr, Esq., of the law firm of KOLESAR & LEATHAM agree to be substituted in the place and stead of Neal D. Gidvani, Esq., and Phillip A. Silvestri, Esq., of the law firm of GREENSPOON MARDER, P.A. in the above-entitled action for Defendant MTC FINANCIAL, INC., doing business as TRUSTEE CORPS.

DATED this 19 day of January, 2018.

KOLESAR & LEATHAM

MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
JOHN M. ORR, ESQ.
Nevada Bar No. 014251
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendant
MTC FINANCIAL, INC., doing business as
 TRUSTEE CORPS

IT IS SO ORDERED.

DATED: January 22, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Kolesar & Leatham, and that on the 19th day of January, 2018, I caused to be served a true and correct copy of foregoing **SUBSTITUTION OF COUNSEL** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

An Employee of KOLESAR & LEATHAM

2801838 (991034-229)

- 3 -