ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> COLFIN AI-NV 2, LLC, a Delaware limited liability company; BANK OF AMERICA, NA, a National Banking Association, as successor by merger to BAC HOME LOANS SERVICING, LP; MTC FINANCIAL, INC., a California corporation; JOHN VIDA, an individual; FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally chartered corporation; ELMER S. CASTRO, an individual; JFK FINANCIAL, INC., a Nevada Corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br> Defendants. | Case No. 2:15-cv-01394-RFB-CWH |

### MOTION TO EXTEND TIME TO FILE STATUS REPORT AND DISCOVERY SCHEDULE
**(First Request)**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC, by and through its undersigned counsel, and hereby respectfully moves the Court for an extension of time in which to file a Status Report and Discovery Plan pursuant to the Court's minute order dated

January 17, 2018 [ECF #121], stating as follows:

1. On January 17, 2018, this Court entered a minute order [ECF #121] directing the parties to provide a joint status report to the Court as to the current state of discovery and the overall status of this litigation by January 24, 2018.

2. A proposed status report has been drafted and circulated amongst the various parties. Various revisions have been requested and made, however, the parties have been unable to finalize the status report as of the time of filing of this Motion.

3. The difficulties in timely completing and filing the status report are the result of various factors, including other work and personal obligations; the number of parties involved; and the need for client approval.

4. As a result of the foregoing, Plaintiff respectfully requests an extension of time until Monday, January 29, 2018, in which to comply with the Court's minute order.

5. This Motion is made in good faith and not for purpose of delay.

DATED this ___24th___ day of January, 2018.

          ROGER P. CROTEAU & ASSOCIATES, LTD.

          /s/ *Timothy E. Rhoda*
          ROGER P. CROTEAU, ESQ.
          Nevada Bar No. 4958
          TIMOTHY E. RHODA, ESQ.
          Nevada Bar No. 7878
          9120 West Post Road, Suite 100
          Las Vegas, Nevada 89148
          (702) 254-7775
          *Attorney for Plaintiff*
          **LAS VEGAS DEVELOPMENT GROUP, LLC**

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

Case No.2:15-cv-01394-RFB-CWH
Motion to Extend Time to File Status
Report and Discovery Schedule

**IT IS SO ORDERED.**

By: _____
RICHARD F. BOULWARE, II
United States District Judge

Dated: January 25, 2018.

5904 Buena Tierra

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_\_\_24th\_\_\_\_ day of January, 2018, I served via the United States District Court CM/ECF electronic filing system, the foregoing **MOTION TO EXTEND TIME TO FILE STATUS REPORT AND DISCOVERY SCHEDULE (First Request)** to the following parties:

Darren T Brenner
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
*Attorney for Defendants*
*Bank of America, N.A. and*
*Federal Home Loan Mortgage*
*Corporation*

William Shane Habdas
Akerman LLP
1160 N. Town Center Dr., Ste. 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
william.habdas@akerman.com
*Attorney for Defendants*
*Bank of America, N.A. and*
*Federal Home Loan Mortgage*
*Corporation*

Neal D. Gidvani
Silvestri Gidvani, P.C.
1810 E. Sahara Ave., Suite 1395
Las Vegas, NV 89104
702-979-4597
702-933-0647 (fax)
ngidvani@silgid.com
*Attorney for Defendant*
*MTC Financial, Inc.*

Richard J. Reynolds
Burke, Williams & Sorensen, LLP
1851 East First Street
Suite 1550
Santa Ana, CA 92705, CA 92705
949 863-3363
949 863-3350 (fax)
rreynolds@bwslaw.com
*Attorney for Defendant*
*MTC Financial, Inc.*

Michael S. Kelley
Hutchison & Steffen, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500
(702) 385-2086 (fax)
mkelley@hutchlegal.com
*Attorney for Defendant*
*Colfin AI-NV 2, LLC*

Casey Joel Nelson
Hutchison & Steffen
10080 W. Alta Dr., Ste. 200
Las Vegas, NV 89145
702-385-2500
702-385-2086 (fax)
cnelson@hutchlegal.com
*Attorney for Defendant*
*Colfin AI-NV 2, LLC*

John T Steffen
Hutchison & Steffen, LLC
10080 W. Alta Drive
Suite 200
Las Vegas, NV 89145
702-385-2500
702-385-2086 (fax)
jsteffen@hutchlegal.com
*Attorney for Defendant*
*Colfin AI-NV 2, LLC*

Phillip A. Silvestri
Silvestri Gidvani, P.C.
1810 E. Sahara Ave.
Suite 1395
Las Vegas, NV 89104
702-979-4597
702-933-0647 (fax)
psilvestri@silgid.com
*Attorney for Defendant*
*MTC Financial, Inc.*

5904 Buena Tierra

| | |
|---|---|
| Michael C Van<br>Shumway Van & Hansen, Chtd.<br>8985 S. Eastern Avenue, Suite 100<br>Las Vegas, NV 89123<br>(702) 478 7770<br>(702) 478 7779 (fax)<br>saraf@shumwayvan.com<br>***Attorney for Defendant***<br>***JFK Financial, Inc.*** | Joshua Ohiozogie Igeleke, Jr.<br>Hutchison & Steffen, LLC<br>Peccole Professional Park<br>10080 W Alta Dr., Ste. 200<br>Las Vegas, NV 89145<br>702-385-2500<br>702-385-2086 (fax)<br>jigeleke@hutchlegal.com<br>***Attorney for Defendant***<br>***Colfin AI-NV 2, LLC*** |

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.