ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, <br><br>        Plaintiff, <br><br>vs. <br><br>COLFIN AI-NV 2, LLC, a Delaware limited liability company; BANK OF AMERICA, NA, a National Banking Association, as successor by merger to BAC HOME LOANS SERVICING, LP; MTC FINANCIAL, INC., a California corporation; JOHN VIDA, an individual; FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally chartered corporation; ELMER S. CASTRO, an individual; JFK FINANCIAL, INC., a Nevada Corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br>        Defendants. | Case No. 2:15-cv-01394-RFB-CWH |

**STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**
**(First Request)**

  COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC, and Defendants, MTC FINANCIAL, INC. ("*MTC*"); BANK OF AMERICA, N.A. ("*BANA*") and FEDERAL HOME LOAN MORTGAGE CORPORATION ("*Freddie Mac*"); and COLFIN AI-NV 2, LLC ("*Colfin*"), by and through their undersigned counsel, and hereby stipulate and agree

as follows:

1. On April 8, 2019, the Court entered a minute order setting deadlines to complete outstanding discovery and submit, respond and reply to dispositive motions. [ECF #136]. Pursuant to this minute order, Motions for Summary Judgment were to be filed on or before May 13, 2019; Responses were to be filed on or before May 22 2019; and Replies were to be filed on or before May 29, 2019. The Court further stated that it would not entertain motions to extend or continue the deadlines absent extraordinary circumstances.
2. On May 13, 2019, MTC filed a Motion for Summary Judgment. [ECF #139].
3. On May 13, 2019, BANA and Freddie Mac filed a Motion for Summary Judgment. [ECF #140].
4. On May 14, 2019, MTC filed a Joinder to BANA and Freddie Mac's Motion for Summary Judgment. [ECF #141].
5. On May 14, 2019, Colfin filed a Joinder to BANA and Freddie Mac's Motion for Summary Judgment. [ECF #142].
6. When Plaintiff's counsel received the subject Motions for Summary Judgment, its staff did not note the shortened briefing schedule set forth in this Court's prior Minute Order. As a result, the deadline to respond to the Motions was calendared for June 3, 2019 – 21 days from receipt of the Motions – rather than May 22, 2019, as directed in the Court's Minute Order.
7. Upon discovering its error, Plaintiff's counsel has requested an extension of time until June 7, 2019, in which to respond to the subject Motions.
8. Plaintiff's counsel respectfully submits that the requested extension is warranted for a variety of reasons: (1) the calendaring error and resulting failure to timely file the Responses was the result of excusable neglect; (2) this Court and other courts have recently lifted stays and imposed briefing schedules in many cases to which Plaintiff's counsel is a party and the resulting overlapping deadlines, together with counsel's other work and personal obligations have made it

5904 Buena Tierra

|   |     | extremely difficult for counsel to timely meet the shortened, concurrent deadlines; (3) the number, length and scope of the Motions and the complexity of the arguments contained therein; and finally, (4) the parties have commenced settlement discussions in an effort to resolve this matter without the need for further litigation. |
|---|-----|---|

9. The requested extension is slightly longer than may be necessary because the parties hope to reach an amicable resolution and render the need for further briefing moot.

10. In the event that Responses are filed, Defendants shall have until June 21, 2019, in which to file Replies. This extended time is requested because Defendants' counsel are in a similar situation to that of Plaintiff's counsel, with many stays having been lifted and deadlines being concurrently imposed.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

5904 Buena Tierra

11. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___24th___ day of May, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN LLP |

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

/s/ *Tenesa S. Powell*
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Ste. 200
Las Vegas, NV 89135
tenesa.powell@akerman.com
*Attorney for Defendants*
**BANK OF AMERICA, N.A. AND FEDERAL HOME LOAN MORTGAGE CORPORATION**

BURKE, WILLIAMS & SORENSEN, LLP

HUTCHISON & STEFFEN, LLC

/s/ *Richard J. Reynolds*
RICHARD J. REYNOLDS
1851 East First Street
Suite 1550
Santa Ana, CA 92705, CA 92705
949 863-3363
949 863-3350 (fax)
rreynolds@bwslaw.com

MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 7287
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145
mbrooks@klnevada.com
*Attorney for Defendants*
**MTC FINANCIAL INC.**

/s/ *Todd W. Prall*
TODD W. PRALL, ESQ.
Nevada Bar No. 9154
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145
702-385-2500
tprall@hutchlegal.com
*Attorney for Defendant*
**COLFIN AI-NV 2, LLC**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 28th day of May, 2019.

Page 4 of 6

5904 Buena Tierra

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_\_\_24th\_\_\_\_ day of May, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

Darren T Brenner
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
***Attorney for Defendants
Bank of America, N.A. and
Federal Home Loan Mortgage
Corporation***

William Shane Habdas
Akerman LLP
1160 N. Town Center Dr., Ste. 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
william.habdas@akerman.com
***Attorney for Defendants
Bank of America, N.A. and
Federal Home Loan Mortgage
Corporation***

Neal D. Gidvani
Silvestri Gidvani, P.C.
1810 E. Sahara Ave., Suite 1395
Las Vegas, NV 89104
702-979-4597
702-933-0647 (fax)
ngidvani@silgid.com
***Attorney for Defendant
MTC Financial, Inc.***

Richard J. Reynolds
Burke, Williams & Sorensen, LLP
1851 East First Street
Suite 1550
Santa Ana, CA 92705, CA 92705
949 863-3363
949 863-3350 (fax)
rreynolds@bwslaw.com
***Attorney for Defendant
MTC Financial, Inc.***

Michael S. Kelley
Hutchison & Steffen, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500
(702) 385-2086 (fax)
mkelley@hutchlegal.com
***Attorney for Defendant
Colfin AI-NV 2, LLC***

Casey Joel Nelson
Hutchison & Steffen
10080 W. Alta Dr., Ste. 200
Las Vegas, NV 89145
702-385-2500
702-385-2086 (fax)
cnelson@hutchlegal.com
***Attorney for Defendant
Colfin AI-NV 2, LLC***

John T Steffen
Hutchison & Steffen, LLC
10080 W. Alta Drive
Suite 200
Las Vegas, NV 89145
702-385-2500
702-385-2086 (fax)
jsteffen@hutchlegal.com
***Attorney for Defendant
Colfin AI-NV 2, LLC***

Phillip A. Silvestri
Silvestri Gidvani, P.C.
1810 E. Sahara Ave.
Suite 1395
Las Vegas, NV 89104
702-979-4597
702-933-0647 (fax)
psilvestri@silgid.com
***Attorney for Defendant
MTC Financial, Inc.***

| | |
|---|---|
| Michael C Van<br>Shumway Van & Hansen, Chtd.<br>8985 S. Eastern Avenue, Suite 100<br>Las Vegas, NV 89123<br>(702) 478 7770<br>(702) 478 7779 (fax)<br>saraf@shumwayvan.com<br>***Attorney for Defendant***<br>***JFK Financial, Inc.*** | Joshua Ohiozogie Igeleke, Jr.<br>Hutchison & Steffen, LLC<br>Peccole Professional Park<br>10080 W Alta Dr., Ste. 200<br>Las Vegas, NV 89145<br>702-385-2500<br>702-385-2086 (fax)<br>jigeleke@hutchlegal.com<br>***Attorney for Defendant***<br>***Colfin AI-NV 2, LLC*** |

    /s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

5904 Buena Tierra